```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01920
  TAFT E WALKER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-4863


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/29/08 and confirmed on 04/02/08.

     2.  The case was dismissed after confirmation, 09/05/2008.

     3.  The Debtor paid a total of $   2080.00 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
---------------------------------------------------------------------------
GMAC RESCAP LLC          CURRENT MORTG       .00            .00           .00
GMAC RESCAP LLC          MORTGAGE ARRE       .00            .00           .00
MONTEREY FINANCIAL SVCS  SECURED          750.00           3.66         33.64
INTERNAL REVENUE SERVICE PRIORITY        5698.09            .00           .00
INTERNAL REVENUE SERVICE UNSECURED      15769.56            .00           .00
DIRECT TV                UNSECURED      NOT FILED           .00           .00
PREMIER BANKCARD/CHARTER UNSECURED        568.94            .00           .00
SPRINT NEXTEL            UNSECURED      NOT FILED           .00           .00
TCF BANK                 UNSECURED      NOT FILED           .00           .00
        Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  750.00     5698.09     16338.50        .00       22786.59
PRINCIPAL PAID       33.64        .00           .00        .00          33.64
INTEREST PAID         3.66        .00           .00        .00           3.66
TOTAL PAID           37.30        .00           .00        .00          37.30
The Debtor's attorney, PATRICK A MESZAROS               , was allowed $  3500.00
and was paid $   500.00  direct and $   1922.06  through the plan.

The Trustee received $    120.64 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/17/08                        /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 01920 TAFT E WALKER